# Court of Appeals
# of the State of Georgia

ATLANTA, October 07, 2016

*The Court of Appeals hereby passes the following order*

**A17D0082. GLORIA MANCIA v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
161515



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 07, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, *Clerk.*